THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Donte James Harkless, Appellant.
 
 
 

Appeal From Richland County
 G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2009-UP-217
Submitted April 1, 2009  Filed May 20, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney Generarl John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott; and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM: Donte
 James Harkless appeals his guilty plea for two counts of armed robbery, two
 counts of kidnapping, assault and battery of a high and aggravated nature,
 second-degree burglary, strong arm robbery, and grand larceny.  He argues his
 guilty plea failed to comply with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).  After a thorough
 review of the record and counsels brief, pursuant to Anders v. California,
 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL
 DISMISSED.
Hearn, C.J., Pieper and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
pursuant to Rule 215, SCACR.